UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNAPTICS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>GOODIX TECHNOLOGY INC., et al.,<br><br>    Defendants. | Case No.15-cv-01742-NC<br><br>**ORDER RE: RESPONSE TO DEFENDANT'S MOTION TO EXTEND TIME FOR ANSWER**<br><br>Re: Dkt. No. 19 |

Defendant requested that the Court extend time for defendant to answer the complaint. Dkt. No. 19. The Court orders plaintiff to file an opposition or statement of non-opposition by May 22, 2015.

**IT IS SO ORDERED.**

Dated: May 21, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:15-cv-01742-NC