| | |
|---|---|
| 1 | AKIN GUMP STRAUSS HAUER |
| |   & FELD LLP |
| 2 | Cono A. Carrano (*pro hac vice*) |
| | Email: ccarrano@akingump.com |
| 3 | David C. Vondle (Bar No. 221311) |
| | Email: dvondle@akingump.com |
| 4 | Ashraf A. Fawzy (*pro hac vice*) |
| | Email: afawzy@akingump.com |
| 5 | 1333 New Hampshire Avenue, N.W. |
| 6 | Washington, D.C. 20036 |
| | Telephone: (202) 887-4000 |
| 7 | Facsimile: (202) 887-4288 |
| 8 | |
| | Reginald D. Steer (Bar No. 056324) |
| 9 | Email: rsteer@akingump.com |
| | 580 California Street, Suite 1500 |
| 10 | San Francisco, CA 94104 |
| | Telephone: (415) 765-9500 |
| 11 | Facsimile: (415) 765-9501 |

Attorneys for Plaintiff
SYNAPTICS INCORPORATED

[Defendants' counsel listed in signature block]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYNAPTICS INCORPORATED | Case No. 5-15-cv-01742-JD |
|     Plaintiff, | |
|     v. | **JOINT STATUS STATEMENT** |
| GOODIX TECHNOLOGY INC., | |
| SHENZHEN HUIDING TECHNOLOGY CO., LTD. A/K/A SHENZHEN GOODIX TECHNOLOGY CO., LTD., | |
|     and | |
| BLU PRODUCTS, INC., | |
|     Defendants. | |

Pursuant to the Court's August 11, 2015 Order Granting Stipulation Pursuant to 28 U.S.C. § 1659 (D.I. 32), Plaintiff Synaptics Incorporated ("Plaintiff") and Defendants Shenzhen Huiding Technology Co., Ltd., d.b.a. Goodix, Goodix Technology Inc., and BLU Products, Inc. (collectively, "Defendants") jointly file this status letter.

The instant case was filed on April 17, 2015.  Plaintiff and Defendants are also parties to the proceeding before the United States International Trade Commission (the "ITC") under Section 337 of the Tariff Act of 1930 in the matter titled *Certain Touchscreen Controllers and Products Containing the Same*, Investigation No. 337-TA-957 (the "ITC Proceeding").  On May 20, 2015, the ITC issued a Notice of Institution of Investigation naming Plaintiff as complainant and Defendants as respondents.  On May 26, 2015, the Notice of Institution of Investigation was published in the Federal Register.  On June 18, 2015, the Defendants filed an unopposed Motion to Stay.  *See* D.I. 23.  On July 1, 2015, the Clerk reassigned the case to this Court.  On August 5, 2015, the parties filed a joint stipulation and proposed order to stay the case before this Court until the determination of the ITC in the ITC Proceeding becomes final under 28 U.S.C. § 1659(a).  *See* D.I. 31.  On August 11, 2015, the Court ordered the case stayed and directed the parties to file joint status statements every 90 days from the date of the Order.  *See* D.I. 32.

The ITC Proceeding remains pending.  Fact discovery ended on October 30, 2015 and the Administrative Law Judge ("ALJ") held a *Markman* hearing on November 4-5, 2015.  A trial is scheduled for February 22-26, 2016.  The ALJ is currently scheduled to issue an Initial Determination on May 26, 2016.   The ITC's target date for completion of investigation is September 26, 2016.

The parties will continue to submit joint status statements every 90 days and promptly notify the Court when the determination of the ITC becomes final.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  November 9, 2015 | Respectfully Submitted, |
| 3 | */s/ John P. Schnurer* | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 4 | John P. Schnurer (Bar No. 185725)<br>Email: jschnurer@perkinscoie.com | |
| 5 | Kevin J. Patariu (Bar No. 256755)<br>Email: kpatariu@perkinscoie.com | */s/ Cono A. Carrano*<br>Cono A. Carrano (*pro hac vice*) |
| 6 | PERKINS COIE LLP<br>11988 El Camino Real, Suite 350 | Email: ccarrano@akingump.com<br>David C. Vondle (Bar No. 221311) |
| 7 | San Diego, CA 92130<br>Telephone: 858.720.5700 | Email: dvondle@akingump.com<br>Ashraf A. Fawzy (*pro hac vice*) |
| 8 | Facsimile: 858.720.5799 | Email: afawzy@akingump.com<br>1333 New Hampshire Avenue, N.W. |
| 9 | *Attorneys for Defendants* | Washington, D.C.  20036<br>Telephone:  202.887.4000 |
| 10 | *Goodix Technology Inc. and Shenzhen Huiding Technology, Co., Ltd, d.b.a. Goodix* | Facsimile:   202.887-9501 |
| 11 | | Reginald D. Steer (Bar No. 056324) |
| 12 | */s/ Bernard L. Egozi* | rsteer@akingump.com<br>580 California Street, Suite 1500 |
| 13 | Bernard L. Egozi (admitted pro hac vice)<br>begozi@egozilaw.com | San Francisco, CA 94104<br>Telephone:  415.765.9500 |
| 14 | Isaac S. Lew (admitted pro hac vice)<br>ilew@egozilaw.com | Facsimile:   415.765.9501 |
| 15 | EGOZI & BENNETT, P.A.<br>2999 NE 191 Street, Suite 407 | Attorneys for Plaintiff<br>SYNAPTICS INCORPORATED |
| 16 | Aventura, FL 33180<br>Telephone: (305) 931-3000 | |
| 17 | Facsimile: (305) 931-9343<br>Counsel for Defendant BLU Products, Inc. | |
| 18 | | |
| 19 | An Nguyen Ruda (California Bar No. 215453)<br>ahn@jmbm.com | |
| 20 | JEFFER MANGELS BUTLER<br>& MITCHELL LLP | |
| 21 | 2 Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 | |
| 22 | Telephone: (415) 398-8080<br>Facsimile: (415) 398-5584 | |
| 23 | Local Counsel for Defendant<br>BLU Products, Inc. | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the parties hereto.

Dated:  November 9, 2015

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ Cono A. Carrano*
Cono A. Carrano (*pro hac vice*)

Attorney for Plaintiff
SYNAPTICS INCORPORATED

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of November, 2015, with a copy of this document via the Court's CM/ECF system.

/s/ Cono A. Carrano
Cono A. Carrano