AKIN GUMP STRAUSS HAUER
  & FELD LLP
Cono A. Carrano (*pro hac vice*)
Email: ccarrano@akingump.com
David C. Vondle (Bar No. 221311)
Email: dvondle@akingump.com
Ashraf A. Fawzy (*pro hac vice*)
Email: afawzy@akingump.com
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Reginald D. Steer (Bar No. 056324)
Email: rsteer@akingump.com
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501


Attorneys for Plaintiff
SYNAPTICS INCORPORATED

[Defendants' counsel listed in signature block]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNAPTICS INCORPORATED<br><br>      Plaintiff,<br><br>      v.<br><br>GOODIX TECHNOLOGY INC.,<br>SHENZHEN HUIDING TECHNOLOGY CO.,<br>LTD. A/K/A SHENZHEN GOODIX<br>TECHNOLOGY CO., LTD.,<br><br>      and<br><br>BLU PRODUCTS, INC.,<br><br>      Defendants. | Case No. 3-15-cv-01742-JD<br><br>**STIPULATION OF DISMISSAL** |

1  Plaintiff Synaptics Incorporated ("Plaintiff") and Defendants Goodix Technology Inc., Shenzhen Huiding Technology Co., Ltd., and BLU Products, Inc. (collectively, "Defendants") through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims are dismissed with prejudice, with each party to bear its own costs.

Dated: March 30, 2016

Respectfully Submitted,

*/s/ John P. Schnurer*
John P. Schnurer (Bar No. 185725)
Email: jschnurer@perkinscoie.com
Kevin J. Patariu (Bar No. 256755)
Email: kpatariu@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: 858.720.5700
Facsimile: 858.720.5799

*Attorneys for Defendants*
*Goodix Technology Inc. and Shenzhen Huiding Technology, Co., Ltd, d.b.a. Goodix*

*/s/ Bernard L. Egozi*
Bernard L. Egozi (admitted pro hac vice)
begozi@egozilaw.com
Isaac S. Lew (admitted pro hac vice)
ilew@egozilaw.com
EGOZI & BENNETT, P.A.
2999 NE 191 Street, Suite 407
Aventura, FL 33180
Telephone: (305) 931-3000
Facsimile: (305) 931-9343
Counsel for Defendant BLU Products, Inc.

An Nguyen Ruda (California Bar No. 215453)
ahn@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: (415) 398-8080

*/s/ Cono A. Carrano*
Cono A. Carrano (*pro hac vice*)
Email: ccarrano@akingump.com
David C. Vondle (Bar No. 221311)
Email: dvondle@akingump.com
Ashraf A. Fawzy (*pro hac vice*)
Email: afawzy@akingump.com
AKIN GUMP STRAUSS HAUER
    & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  202.887.4000
Facsimile:   202.887-9501

Reginald D. Steer (Bar No. 056324)
rsteer@akingump.com
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:  415.765.9500
Facsimile:   415.765.9501

*Attorneys for Plaintiff*
SYNAPTICS INCORPORATED

STIPULATION OF DISMISSAL                    1                    CASE NO. 3:15-01742-JD

1  Facsimile: (415) 398-5584
2  Local Counsel for Defendant
   BLU Products, Inc.
3
4
5
6
7
8
9
10  PURSUANT TO STIPULATION, IT IS SO ORDERED.
11
12  March 30, 2016
13  Date                              United States District Judge

*IT IS SO ORDERED*
*Judge James Donato*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28